**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JOSEPH DINGLER**                                                          **PETITIONER**

v.                                                             **No. 2:09CV65-A-A**

**JIM HOOD, ET AL.**                                                       **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On October 14, 2009, the court entered an order requiring Joseph Dingler to "submit [a] completed (P1) form to the court by November 13, 2009." The order cautioned the plaintiff that "failure to keep the court informed of a current address could lead to dismissal of the lawsuit." Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on November 13, 2009. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

        **SO ORDERED,** this the 1st day of December, 2009.

                                                 **/s/ Sharion Aycock**
                                                 **U.S. DISTRICT JUDGE**